FUSTER LAW, P.C.
Attorneys for Debtor
Luis D. Hernandez
1 Meadowlands Plaza
Suite 200
East Rutherford, NJ 07073
201-355-3440

---

|  |  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|---|
|  | x | CHAPTER 13 |
| IN RE: | x | CASE NO.: 14-22887-KCF |
|  | x |  |
| Luis D. Hernandez, | x | ATTORNEY CERTIFICATION IN SUPPORT OF |
| Debtor | x | MOTION TO WITHDRAW AS COUNSEL |
|  | x |  |
|  | x |  |

I, Javier L. Merino, Esq., am an attorney with Dann & Merino, P.C., and in support of my Motion to Withdraw, set forth as follows:

1. I am an attorney licensed to practice law in the State and Federal Courts of New Jersey. I represent the Debtor in the above matter and am intimately familiar with the facts of this case.

2. The Debtor retained Fuster Law, P.C., and the instant Petition was filed on June 23, 2014.

3. The Debtor's Plan was confirmed on or around April 8, 2015.

4. Fuster Law, P.C. ceased its New Jersey operations on or around September 15, 2015.

5. The Debtor wishes to proceed in the bankruptcy matter without representation.

6. However, Fuster Law is still formally the attorney of record in the Debtor's matter.

7. Furthermore, I also appear as the Debtor's attorney of record under my firm Dann & Merino, P.C.

8. Counsel for Debtor has filed the instant Motion seeking leave of Court to withdraw

as Debtor's counsel, both in the capacity of Fuster Law, P.C. and individually as Javier L. Merino, Esq.

9. The Debtor wishes to proceed pro se in this matter.

10. In support of Debtor's petition, counsel relies on the annexed Brief in Support of Motion.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject

**FUSTER LAW, P.C.**

/s/ Javier L. Merino
Javier L. Merino
ATTORNEY FOR DEBTOR

Dated:    May 2, 2017